

NUMBER 13-16-00298-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LESLIE ANNE GOWER AND/OR
ANY AND ALL OCCUPANTS AND/OR
RESIDENTS OF THE PREMISES,                                  Appellants,

v.

RICHARD WOMELDORF, AS
INDEPENDENT EXECUTOR OF THE
ESTATE OF JOHN W. WOMELDORF, DECEASED,                      Appellee.

## On Appeal from the County Court at Law No. 1
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellants, Leslie Anne Gower and/or any and all Occupants and/or Residents of

the Premises, appealed a judgment entered by the County Court at Law No. 1 of Hidalgo

County, Texas. On June 3, 2016, the Clerk of this Court requested that appellant pay the filing fee for this appeal. On July 19, 2016, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution. All pending motions are likewise DISMISSED.

PER CURIAM

Delivered and filed this
2nd day of September, 2016.

2